UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-cv-21541-ZLOCH

ANGELA SMITH-YOUNG,

    Plaintiff,

vs.

BAPTIST HOSPITAL OF MIAMI, INC.,

    Defendant.
_____/

## DEFENDANT BAPTIST HOSPITAL OF MIAMI, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, BAPTIST HOSPITAL OF MIAMI, INC., by and through undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement, and states as follows:

Defendant has an affiliation agreement with Baptist Health South Florida, Inc.

DATED this 22nd day of August 2012.

                Respectfully Submitted,

                **LITTLER MENDELSON, P.C.**
                One Biscayne Tower
                2 South Biscayne Boulevard, Suite 1500
                Miami, Florida  33131
                Telephone:  (305) 400-7500
                Facsimile:   (305) 603-2552

                */s/Patrick G. DeBlasio, III*
                Patrick G. DeBlasio, III
                Florida Bar No. 0871737
                E-mail:  *pdeblasio@littler.com*
                Brigid A. Patrick, Esq.
                Florida Bar No. 0079048

E-mail:  bpatrick@littler.com

*Counsel for DEFENDANT*
*BAPTIST HOSPITAL OF MIAMI, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2012, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III

## SERVICE LIST

**COUNSEL FOR PLAINTIFF:**

Anthony M. Georges-Pierre, Esq.
E-mail: agp@rgpattorneys.com
Remer & Georges-Pierre, PLLC
Court House Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel:  (305) 416-5000
Fax:  (305) 416-5005

**Served via notice of electronic filing generated by CM/ECF**

Firmwide:113628530.1 071336.1001